IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

PATRICK N. ANDERSON,                    :
                                        :
    Plaintiff,                          :
                                        :
vs.                                     : CIVIL ACTION NO. 15-00616-WS-B
                                        :
DAVID E. CLARK, *et al*.,               :
                                        :
    Defendants.                         :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Plaintiff's action is **DISMISSED** with prejudice for failure to prosecute this action and to comply with the Court's Orders.

    **DONE** this 14th day of March, 2017.

                  **s/WILLIAM H. STEELE**
                  **UNITED STATES DISTRICT JUDGE**