```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

PATRICK N. ANDERSON,                :
                                    :
    Plaintiff,                      :
                                    :
vs.                                 :   CIVIL ACTION NO. 15-00616-WS-B
                                    :
DAVID E. CLARK, *et al.*,           :
                                    :
    Defendants.                     :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's action is **DISMISSED** with prejudice for failure to prosecute this action and to comply with the Court's Orders.

**DONE** this 14th day of March, 2017.

                            s/WILLIAM H. STEELE
                            **UNITED STATES DISTRICT JUDGE**